# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AUTUMN ROSE RIDER ,

Defendant.

**CR-23-06-GF-BMM**

**ORDER**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 27, 2026. (Doc. 82.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 26, 2026. (Doc. 77.) The government accused Autumn Rider (Rider) of violating the conditions of her supervised release by: (1) failing to participate in substance abuse testing on

June 10, 2026; (2) consuming alcohol on June 8, 2026; (3) failing to participate in substance abuse testing on June 30, 2026; and (4) failing to follow the instructions of her probation officer to report for substance abuse testing on June 30, 2026. (Doc. 72.)

At the revocation hearing, Rider admitted that she had violated conditions 1-4 as set forth in the Petition. Judge Johnston advised Rider of her right to appeal and to allocute before the undersigned. (Doc. 77.)

Judge Johnston found that the violations Rider admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 2 months, with 22 months of supervised release to follow. Judge Johnston also recommended Rider be placed in a secure in-patient residential substance abuse treatment facility at the direction of her probation officer. Judge Johnston also recommended that Rider be placed in a residential re-entry center for a term of up to 180 days at the direction of her probation officer. (Doc. 82.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 82) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Autumn Rose Rider be sentenced to a term of custody of 2 months, with 22 months of supervised release to follow. During her term of supervised

release, Rider will be placed in a secure in-patient residential substance abuse treatment facility at the direction of her probation officer. Following substance abuse treatment, Rider will be placed in a residential re-entry center for a term of up to 180 days at the direction of her probation officer.

DATED this 14th day of September 2026.

Brian Morris, Chief District Judge
United States District Court